**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CITY OF PITTSBURGH, | : | No. 87 WAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| RONALD DOBBS (WORKERS' | : | |
| COMPENSATION APPEAL BOARD), | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2023, the Petition for Allowance of Appeal is

**DENIED**.